495 S.E.2d 425

Ex parte FIRST CHARLESTON CORPORATION, d/b/a WCIV–News Channel Four, Evening Post Publishing Company, d/b/a The Post and Courier, Appellants.

In re The STATE of South Carolina, Respondent,

v.

Robert H. WATERS, Michael H. Wagers, Caleb Harper, and Margaret Rush, Respondents.

No. 24736.

Supreme Court of South Carolina.

Heard Oct. 21, 1997.

Decided Jan. 12, 1998.

Thomas S. Tisdale, Jr., Stephen P. Groves, and Stephen L. Brown, all of Young, Clement, Rivers & Tisdale, Charleston, for Appellant First Charleston Corporation.

D.A. Brockington, Jr., and John J. Kerr, of Brockington, Brockington & Kerr, Charleston, for Appellant Evening Post Publishing Company.

Assistant Attorney General Christie Newman Barrett, Columbia, for Amicus Curiae Office of Attorney General.

William L. Runyon, Charleston, T. Travis Medlock, Columbia, and Keith W. Kornahrens, Hanahan, for Respondents Michael Wagers and Caleb Harper.

Jack B. Swerling, Columbia, for Respondent Margaret Rush.

Lionel S. Lofton, Charleston, for Respondent Robert Waters.

Attorney General Charles Molony Condon, Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General G. Robert DeLoach, III, Columbia, for Respondent State of South Carolina.

**PER CURIAM:**

Vacated pursuant to Rule 220(b)(1), SCACR, and the following authorities: *Ex parte Island Packet,* 308 S.C. 198, 417 S.E.2d 575 (1992); *Ex parte First Charleston,* 329 S.C. 31, 495 S.E.2d 423 (1998).